REVISED JANUARY 22, 1999

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20142
Summary Calendar
_____

BILLY ROSS SIMS,

Plaintiff-Appellant,

versus

L. BAIRD; ET AL,

Defendants,

M. LILES; J. GODWIN; RICHARD G. BELANGER; JERRY PETERSON;
BEVERLY STEWART; CHARLES D. ADAMS; BOYD, Captain,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-91-CV-2250
- - - - - - - - - -

December 18, 1998

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

Billy Ross Sims, Texas prisoner # 511649, appeals the district court's grant of summary judgment dismissing his claims under 42 U.S.C. § 1983. Sims's motion to strike the appellees' brief is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

DENIED.  Having reviewed the record and the briefs of the parties and finding no error, we AFFIRM.

AFFIRMED; MOTION TO STRIKE BRIEF DENIED.